FILED
HARRISBURG, PA
JAN 0 3 2024
PER
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | C.R. NO. 1:24-CR-001 |
| | : | |
| v. | : | (Judge CONNER) |
| | : | |
| **PEDRO MILLAN-MONTERO,** | : | |
| Defendant. | : | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
### 8 U.S.C. § 1326
### (Illegal Reentry)

On or about December 14, 2023, in Lebanon County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**PEDRO MILLAN-MONTERO,**

an alien, was found in the United States after having been removed from the United States pursuant to law on or about June 15, 2012, through Hidalgo, Texas, without first having obtained permission to reenter the United States as required by law.

All in violation of Title 8, United States Code, Sections 1326(a) and (b)(1), and Title 6, United States Code, Sections 202(3) and (4) and 557.

A TRUE BILL

GERARD M. KARAM
United States Attorney

FOREPERSON

*[signature]*
MICHAEL SCALERA
Assistant United States Attorney

1/3/2024
Date