IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA ) NO. 1:24-CR-001
)
v. )
) (JUDGE CONNER)
PEDRO MILLAN-MONTERO, )
)
Defendant. )

FILED
HARRISBURG, PA
JAN 0 4 2024
PER
DEPUTY CLERK

## MOTION TO UNSEAL

COMES NOW the United States of America, by and through its attorneys, Gerard M. Karam, United States Attorney for the Middle District of Pennsylvania, and Michael Scalera, Assistant United States Attorney, and moves the Court to unseal the previously sealed documents in this case because there no longer remains a reason to keep those documents under seal.

Respectfully submitted,

GERARD M. KARAM
UNITED STATES ATTORNEY

By: s/ Michael Scalera
MICHAEL SCALERA
ASSISTANT U.S. ATTORNEY

## ORDER

It is so ORDERED, this _____ day of January 2024.

_____
CHRISTOPHER C. CONNER
UNITED STATES DISTRICT JUDGE